```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
DONG CHUL KIM,                                                         :
                                                                       :
                                        Plaintiff,                     :
                                                                       :        19-CV-1920 (JPC)
                        -v-                                            :
                                                                       :        ORDER
HARTE HANKS, INC. et al.,                                              :
                                                                       :
                                        Defendants.                    :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

The case management conference scheduled for July 6, 2021 at 10:00 a.m. is adjourned *sine die*.

    SO ORDERED.

Dated: July 2, 2021
       New York, New York

                                        JOHN P. CRONAN
                                  United States District Judge