UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
DONG CHUL KIM,

               Plaintiff,

         -v-

HARTE HANKS, INC. *et al.*,

              Defendants.
-------------------------------------------------------------------- X

19-CV-1920 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

        The Court has received notice that the court-ordered mediation was unsuccessful in resolving any issue in this case. *See* Dkt. 74. The parties shall appear for a status teleconference on January 24, 2022, at 11:00 a.m. At the scheduled time, counsel for all parties should call (866) 434-5269, access code 9176261.

        SO ORDERED.

Dated: January 14, 2022
       New York, New York

                                          JOHN P. CRONAN
                                    United States District Judge