UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
            :
DONG CHUL KIM,           :
            :
            :
           Plaintiff,        :
            :    19 Civ. 1920 (JPC)
    -v-           :
            :    <u>ORDER</u>
HARTE HANKS, INC. *et al.*,       :
            :
           Defendants.        :
            :
-------------------------------------------------------------------- X

JOHN P. CRONAN, United States District Judge:

    The Court has been informed that the parties reached a settlement in principle during a settlement conference before the Honorable Sarah L. Cave on March 7, 2022. If the parties have not filed a stipulation of dismissal by April 18, 2022, then the parties shall file a joint status letter by that date.

    SO ORDERED.

Dated: April 4, 2022
       New York, New York                                 JOHN P. CRONAN
                                                          United States District Judge