**BLANKROME**

One Logan Square
130 North 18th Street | Philadelphia, PA 19103-6998

| Phone: | (215) 569-5598 |
| --- | --- |
| Fax: | (215) 832-5598 |
| Email: | jason.reisman@blankrome.com |

> Defendant's request (ECF No. 84) to reschedule the telephone conference scheduled for Friday, April 22, 2022 at 2:30 pm is GRANTED, and the telephone conference is RESCHEDULED to **the same day at 11:30 am**.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The Clerk of Court is respectfully directed to close ECF No. 84.
>
> SO ORDERED     4/20/2022
>
> _Sarah Cave_
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF FILING ONLY**
Hon. Sarah L. Cave, United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Courtroom: 18A
New York, NY 10007-1312

Re:   *Kim v. Harte Hanks, Inc., et al.*, Case No. 1:19-cv-01920-JPC

Dear Judge Cave:

This firm represents Defendant Harte Hanks, Inc. in the above-referenced matter. We are in receipt of Your Honor's Memo Endorsement (Dkt. 82) setting a telephone conference at 2:30 p.m. on Friday, April 22, 2022.

Unfortunately, I am unavailable at that time due to a previously scheduled speaking engagement at an industry conference; and my partner, Anthony Mingione, is out of the office on vacation until Monday, April 25, 2022.  Accordingly, if the Court's calendar can accommodate it, I would like to request the telephone conference be moved earlier on Friday, April 22, to any time before noon, or that it be rescheduled to one of the following days and times:  any time on Thursday, April 21; Tuesday, April 26 between 11:00 a.m. and 2:00 p.m.; or any time on Wednesday, April 27.

I have spoken to Plaintiff's counsel who has no objection to this request and is available on these same days and times.  We thank the Court in advance for its consideration of this request.

Very truly yours,

JASON E. REISMAN

cc:   Gregory Filosa, Esq. (*via e-mail only*)
Anthony A. Mingione, Esq. (*via e-mail only*)

145212.00203/128698819v.1